UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Proven Methods Seminars, LLC
Aka National Grants Conferences
POB 811209
Boca Raton, FL 33481

Case No. 08-28469-EPK
Chapter 11

_____ Debtor _____/



## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is given that:

( ) The trustee has a balance of $_____ remaining in the trustee's account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. §§726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( ) The trustee has a balance of $_____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010; or

(X) the disbursing agent in a chapter 11 liquidating plan has $ 9,215.00 in funds unclaimed 120 calendar days after the final distribution under the plan. The disbursing agent has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

Notice is given that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 8/22/11

_____
Trustee [or disbursing agent]
Michael I. Eber
print name

140 S. Dearborn St., Ste. 420, Chicago, IL 60603
address
(312) 456-5636
phone

Copies to:
Debtor (at last current address)
Attorney for Debtor
U.S. Trustee

**PAID**
125706

LF-26 (rev. 12/01/09)

Proven Methods Seminars, LLC
Case #08-28469-EPK

Unclaimed Property

8/19/2011
3:30 PM

| Name | Claim Status | Address | City | State | Zip | Amount | Note |
|---|---|---|---|---|---|---|---|
| Akamai Technologies, Inc. | no claim filed | 10509 Vista Sorrento Parkway, Ste 200 | San Diego | CA | 92121 | 530.71 | Tax ID number not provided |
| Concentrix Corp | no claim filed | 3750 Monroe Ave | Pittsford | NY | 14534 | 4,591.92 | Tax ID number not provided |
| East Coast Plumbing Co | no claim filed | PO Box 22943 | West Palm Beach | FL | 33416 | 52.01 | Tax ID number not provided |
| Frank Kruppenbacher | no claim filed | 9064 Great Heron Circle | Orlando | FL | 32836 | 666.72 | Tax ID number not provided |
| HiTek, LLC | no claim filed | 9884 Bighorn Street | Ventura | CA | 93004 | 554.69 | Tax ID number not provided |
| Jess C. Hoke | no claim filed | 2601 Morslay Road | Altadena | CA | 91001 | 1,123.39 | Tax ID number not provided |
| Scott McKean | no claim filed | 417 E. Port Hueneme Road, #173 | Port Hueneme | CA | 93041 | 138.69 | Tax ID number not provided |
| Tomas Bilbao | no claim filed | 632 I Street SE | Washington | DC | 20003 | 286.29 | Tax ID number not provided |
| Verizon Wireless | no claim filed | PO Box 17464 | Baltimore | MD | 21297 | 922.31 | Tax ID number not provided |
| | | | | | | 8,866.72 | |
| Pitney Bowes Global Financial Servcies | no claim filed | 1 Elmcroft Road | Stamford | CT | 06926-0700 | 256.06 | Distribution check not cashed |
| Ceridian Benefit Services | no claim filed | 3311 East Old Shakopee Road, HQE04B | Minneapolis | MN | 55425-1640 | 12.99 | Distribution check not cashed |
| CSC Corporation Services | 21 | 2711 Centerville Road, Ste 400 | Wilmington | DE | 19808 | 79.23 | Distribution check not cashed |
| | | | | | | 348.28 | |
| | | | | | | 9,215.00 | Total Amount Unclaimed Property |

Page 1 of 1